

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2008

<u>By Fax (212-805-7942)</u>
The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/7/08
```

    Re: <u>United States v. William Young</u>,
        07 Cr. 1052 (AKH)

Dear Judge Hellerstein:

    This matter was scheduled for a pre-trial conference on February 8, 2008. In order to facilitate a potential Rule 20 transfer to the District of Arizona, the Court adjourned the conference to February 19, 2008 at 9:30 a.m. I write to request that the time until February 19 be excluded under the Speedy Trial Act in order to facilitate the potential transfer, which is sought by both parties.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney

        By: _____
            Marshall A. Camp
            Assistant United States Attorney
            Tel.: (212) 637-1035
            Fax : (212) 637-0086

cc: Lloyd Epstein, Esq. (by fax: 212-732-6703)

SO ORDERED.

_____      2-9-08
HON. ALVIN K. HELLERSTEIN    DATE
UNITED STATES DISTRICT JUDGE