

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2008

**By Fax (212-805-7942)**

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08
```

Re: **United States v. William Young,**
07 Cr. 1052 (AKH)

Dear Judge Hellerstein:

I write with the consent of the defense to request an adjournment of the status conference currently scheduled in this matter for Wednesday, April 16, 2008.

As Your Honor may recall, the parties have agreed to transfer this Indictment to the District of Arizona pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The Rule 20 paperwork has been completed by this Office and received by the U.S. Attorney's Office for the District of Arizona. Yesterday, I received confirmation from that office that they are preparing to submit an order to the Bureau of Prisons that will transfer the defendant's custody to their district.

Hon. Alvin K. Hellerstein
April 15, 2008
Page 2


      Accordingly, in order to facilitate the Rule 20 transfer of these proceedings, I respectfully request that the Court adjourn the status conference for approximately 30 days, to a date at the Court's convenience. In addition, because this adjournment is sought to facilitate a Rule 20 transfer, I further request that time under the Speedy Trial Act be excluded through any adjourn date.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

          By: _____
                 Marshall A. Camp
                 Assistant United States Attorney
                 Tel.: (212) 637-1035
                 Fax : (212) 637-0086

cc:  Lloyd Epstein, Esq. (by fax: 212-732-6703)

SO ORDERED.

_____          4-15-08
HON. ALVIN K. HELLERSTEIN      DATE
UNITED STATES DISTRICT JUDGE